IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
PACIFIC DRILLING S.A., *et al.*,[1]                          :   Case No. 20-35212 (DRJ)
                                                             :
                                                             :   (Jointly Administered)
                Debtors.                                     :
                                                             :
------------------------------------------------------------ x

### NOTICE OF ENTRY OF ORDER APPROVING DEBTORS' DISCLOSURE STATEMENT ON A FINAL BASIS AND CONFIRMING THE MODIFIED FIRST AMENDED JOINT PLAN OF REORGANIZATION OF PACIFIC DRILLING S.A. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on October 30, 2020, the above-captioned debtors and debtors in possession (the "Debtors") commenced cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on December 20, 2020, the Debtors filed the *Modified First Amended Joint Plan of Reorganization of Pacific Drilling S.A. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 250] (as may be amended, modified, or supplemented from time to time in accordance with the terms thereof and the Restructuring Support Agreement, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2020, the Bankruptcy Court entered an order approving Debtors' Disclosure Statement on a final basis and confirming the Plan [Docket No. 266] (the "Confirmation Order")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are: Pacific Drilling S.A. (5724), Pacific Bora Ltd. (9815), Pacific Drilling Operations Limited (9103), Pacific Drilling Operations, Inc. (4446), Pacific Drilling, Inc. (1524), Pacific Drilling, LLC (7655), Pacific Scirocco Ltd. (0073), Pacific Sharav S.À R.L. (2431), Pacific Drilling Holding (Gibraltar) Limited (3754), Pacific Drilling Company Limited (4275), Pacific Sharav Korlátolt Felelősségű Társaság (4898), Pacific Drillship Nigeria Limited (0281), Pacific Drilling Finance S.À R.L., Pacific Drilling Limited, Pacific Drilling V Limited, Pacific Drilling VII Limited, Pacific Drillship S.À R.L., Pacific Mistral Ltd., and Pacific Santa Ana Limited.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan. The *First Amended Joint Plan of Reorganization of Pacific Drilling S.A. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* is attached as Exhibit A to, and described in greater detail in, the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Pacific Drilling S.A. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 110-1].

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order, and their respective terms and provisions, are binding on the Debtors, the Reorganized Debtors, any entity acquiring or receiving property or a distribution under the Plan, and any present or former Holder of a Claim against or Interest in the Debtors and their respective successors, assigns, and parties-in-interest, including all Governmental Units, whether or not the applicable Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept or reject the Plan (or abstained from voting on the Plan).

**PLEASE TAKE FURTHER NOTICE** that all documents filed with the Bankruptcy Court in connection with the above-captioned Chapter 11 cases, including the Plan and the Confirmation Order, are available free of charge on the case information website of Prime Clerk LLC, the Debtors' claims and noticing agent, at http://cases.primeclerk.com/pacificdrilling2020.

Dated: December 22, 2020
　　　　Houston, Texas

Respectfully Submitted,

/s/ Joseph E. Bain
Joseph E. Bain (TX Bar No. 24085187)
Cindy Muller (TX Bar No. 24059040)
Gabrielle A. Ramirez (TX Bar No. 24116937)
**JONES WALKER LLP**
811 Main St, Suite 2900
Houston, Texas 77002
Telephone:　(713) 437-1800
Facsimile:　(713) 437-1810
Email:　　　jbain@joneswalker.com
　　　　　　cmuller@joneswalker.com
　　　　　　gramirez@joneswalker.com

- and -

Elizabeth J. Futrell (SDTX No. 440752)
**JONES WALKER LLP**
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone:　(504) 582-8368
Facsimile:　(504) 589-8368
Email:　　　efutrell@joneswalker.com

*Co-Counsel to the Debtors and Debtors in Possession*

George A. Davis (admitted *pro hac vice*)
Suzzanne Uhland (admitted *pro hac vice*)
Adam S. Ravin (admitted *pro hac vice*)
Christopher J. Kochman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:　(212) 906-1200
Facsimile:　(212) 751-4864
Email:　　　george.davis@lw.com
　　　　　　suzzanne.uhland@lw.com
　　　　　　adam.ravin@lw.com
　　　　　　chris.kochman@lw.com

- and -

Asif Attarwala (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:　(312) 876-7700
Facsimile:　(312) 993-9767
Email:　　　asif.attarwala@lw.com

*Co-Counsel to the Debtors and Debtors in Possession*